**BRYAN CAVE LLP**
H. Mark Mersel, CSB No. 130382
  mark.mersel@bryancave.com
Sheri Kanesaka, CSB No. 240053
  sheri.kanesaka@bryancave.com
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100

Attorneys for Secured Creditor
GECMC 2007-C1 PROSPECT STREET
LIMITED PARTNERSHIP

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>LA JOLLA UTC CORP,<br>a California corporation,<br><br>  Debtor and Debtor-in-possession.<br><br>Tax ID / EIN: 20-3041975 | Case No.: 11-05973-11<br><br>**STIPULATION (I) TO EXCUSE COMPLIANCE WITH THE TURNOVER REQUIREMENTS OF 11 U.S.C. §543 AND (II) THAT THE DEBTOR IS A SINGLE ASSET REAL ESTATE DEBTOR AS DEFINED BY 11 U.S.C. §101(51B)**<br><br>[NO HEARING REQUESTED] |

## RECITALS

1.  On April 11, 2011 ("Petition Date"), La Jolla UTC Corp, a California corporation ("Debtor") filed a petition for protection under Chapter 11 of the United States Bankruptcy Code, thereby commencing this bankruptcy case.

2.  Since the Petition Date, the Debtor has acted as debtor-in-possession pursuant to 11 U.S.C. § 1107.

3.  The Debtor's sole asset consists of its ownership interest in and to that certain real property known as Prospect Plaza and improved buildings located at 1010-1012 Prospect Street, La Jolla, California ("Property").

4.  The Property generates substantially all of the gross income of the Debtor, and the sole business operated by the Debtor consists of operating the Property and activities incidental thereto.

5.  The Debtor is indebted to GECMC 2007-C1 Prospect Street Limited Partnership ("Lender") in an amount in excess of $8,000,000 pursuant to a loan secured, in part, by the Property and all cash proceeds generated by the Property.

6.  Prior to the Petition Date, the Debtor defaulted under its loan obligations to Lender. Accordingly, on November 12, 2010, the Superior Court of California, County of San Diego entered its *Order Appointing Receiver After Hearing And Preliminary Injunction – Rents, Issues And Profits* ("Receivership Order") in Case No. 37-2010-00101502-CU-OR-CTL, appointing Richard Kipperman as the receiver ("Receiver") to take possession of the Property.

7.  Lender and the Debtor desire to resolve any and all obligations of the Receiver under the Code to turnover property of the Debtor's estate, and any and all dispute as to whether the Debtor is a single asset real estate ("SARE") debtor as defined by 11 U.S.C. § 101(51B).

## STIPULATION

NOW, THEREFORE, in consideration of the mutual promises set forth herein and other good and valuable consideration, the adequacy of which is acknowledged, the Debtor and Lender hereby stipulate and agree as follows:

1.  The Debtor and Lender agree that the Receiver shall be excused from complying with the turnover requirements set forth in 11 U.S.C. § 543(a)-(c). The entry of an order of the Court approving this Stipulation shall constitute an order excusing the Receiver from turnover requirements pursuant to 11 U.S.C. § 543(d).

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS485938    2

STIPULATION (I) TO EXCUSE COMPLIANCE WITH TURNOVER
AND (II) SINGLE ASSET REAL ESTATE DETERMINATION

2. The Receivership Order shall continue to govern the duties and responsibilities of the Receiver. The entry of an order approving this Stipulation shall constitute a ruling of the type described in Paragraph 25(c) of the Receivership Order. To the extent there is a conflict between the terms of the Receivership Order and the order approving this Stipulation, the order approving his Stipulation shall control.

3. The Debtor shall be considered a SARE debtor pursuant to 11 U.S.C. § 101(51B) of the Code. The entry of an order of the Court approving this Stipulation shall constitute an order of the Court determining that the Debtor is a SARE debtor for all purposes under the United States Bankruptcy Code.

4. This Stipulation is subject to bankruptcy court approval.

Dated: April 25, 2011

H. Mark Mersel
Sheri Kanesaka
BRYAN CAVE LLP


By: /s/ *H. Mark Mersel*
    H. Mark Mersel
Attorneys for Secured Creditor
GECMC 2007-C1 PROSPECT STREET LIMITED PARTNERSHIP


Dated: April 25, 2011

Marjan Mortazavi
Bankruptcy Legal Group


By: 
    Marjan Mortazavi
Attorneys for La Jolla UTC Corp, a California corporation

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

## PROOF OF SERVICE

I am employed in the County of Santa Monica, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414.

On April 25, 2011, I served the within Defendants' Proof of Service along with the foregoing documents, described as:

**STIPULATION (I) TO EXCUSE COMPLIANCE WITH THE TURNOVER REQUIREMENTS OF 11 U.S.C. §543 AND (II) THAT THE DEBTOR IS A SINGLE ASSET REAL ESTATE DEBTOR AS DEFINED BY 11 U.S.C. §101(51B)**

on the on each interested party in this action as follows:

| Debtor | Hon. Peter W. Bowie |
|---|---|
| La Jolla UTC Corp | 325 West F Street |
| P.O. Box 1300 | Dept. 4, Room 328 |
| La Jolla, CA 92038 | San Diego, California 92101 |

☒ **BY U.S. MAIL** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **BY COURT VIA NOTICE OF ELECTRONIC FILLING ("NEF")** The document was served by the court via notice of electronic filing ("NEF"), and electronic transfer ("hyperlink") upon the parties listed on the Court's Electronic Mail Notice List.

ustpregion16.la.ecf@usdoj.gov
vr@rendalawoffices.com

☐ **BY OVERNIGHT DELIVERY** I deposited in a box or other facility maintained by the overnight delivery service, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

Executed on April 25, 2011, at Irvine, California.

☒ **FEDERAL** – I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Sheri Kanesaka*
Sheri Kanesaka

IR01DOCS485938

5

STIPULATION (I) TO EXCUSE COMPLIANCE WITH TURNOVER
AND (II) SINGLE ASSET REAL ESTATE DETERMINATION