# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LA JOLLA UTC CORP | | |
| **Case Number:** | 11-05973-PB11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, MAY 16, 2011 10:00 AM   DEPARTMENT 4 | | |
| **Bankruptcy Judge:** | PETER W. BOWIE | | |
| **Courtroom Clerk:** | LISA CRUZ | | |
| **Reporter / ECR:** | COLLETTA BROOKS | | |

### Matter:

GECMC 2007-C1 PROSPECT STREET'S MOTION FOR APPROVAL OF STIPULATION 1) TO EXCUSE COMPLIANCE WITH THE TURNOVER REQUIREMENTS OF 11 U.S.C. SECTION 543 AND II) THAT THE DEBTOR IS A SINGLE ASSET REAL ESTATE DEBTOR AS DEFINED BY 11 U.S.C. SECTION 101(51B) (ON SHORTENED TIME)

### Appearances:

GREG HIGHNOTE, ATTORNEY FOR LA JOLLA UTC CORP
H. MARK MERSEL, ATTORNEY FOR GECMC 2007-C1 PROSPECT STREET
RICHARD KIPPERMAN, STATE COURT RECEIVER

### Disposition:

Granted. Order to come from Movant.