CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.

Marjan Mortazavi, Esq. (# 189701)
Bankruptcy Legal Group
501 West Broadway, Suite 510
San Diego, CA  92101
Telephone: 619-233-4415  Facsimile:   619-233-4428
Email:  attorneymarj@aol.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

LA JOLLA UTC CORP.,

BANKRUPTCY NO. 11-05973-11

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[✔]  Petition
[  ]  Exhibit A to Voluntary Petition
[  ]  Exhibit C to Voluntary Petition
[  ]  Exhibit D - Individual Statement of Compliance with Credit Counseling
[  ]  Summary of Schedules
[  ]  Statistical Summary of Certain Liabilities and Related Data
[  ]  Schedule A & B - Schedule of Real or Personal Property
[  ]  Schedule C - Schedule of Property Claimed Exempt
[  ]  Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
      [  ]  Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required.  See instructions on reverse side.
      [  ]  Correcting or deleting other information.  See instructions on reverse side.
[  ]  Schedule G - Schedule of Executory Contracts & Expired Leases
[  ]  Schedule H - Schedule of Co-Debtor
[  ]  Schedule I - Current Income of Individual Debtor(s)
[  ]  Schedule J - Current Expenditure of Individual Debtor(s)
[  ]  Statement of Financial Affairs
[  ]  Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[  ]  Statement of Current Monthly Income (Form B22B)
[  ]  Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: 5/19/11                                           Signature /s/ Marjan Mortazavi
                                                                    Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] Anthony Renda_____ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of_____1_____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 5/19/11      /s/ Anthony Renda_____          _____
                                    Debtor                                            Joint Debtor

CSD 1100                                                **REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1100 (Page 2) [09/26/06]

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are not to be attached.

    1.   Before each entry, specify the purpose of the amendment by inserting:

        a.   "ADDED," if the information was missing from the previous document filed; or

        b.   "CORRECTED," if the information modifies previously listed information; or

        c.   "DELETED," if previously listed information is to be removed.

    2.   At the bottom of each page, insert the word "AMENDED."

    3.   Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

### AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED
### ** AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __19__ day of __May 2011_____, I served a true copy of the within AMENDMENT by [describe here mode of service]

Regular, first class United States mail, postage fully pre-paid

on the following persons [set forth name and address of each person served] and/or as checked below:

[  ]   Chpt. 7 Trustee:

        Special Notice for Service:
        Gerald P. Kennedy
        Procopio, Cory, Hargreaves & Savitch LLP
        525 "B" Street, Suite 2200
        San Diego, CA  92101

| [✓]  For Chpt. 7, 11, & 12 cases: | [  ]  For ODD numbered Chapter 13 cases: | [  ]  For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __5/19/11_____
              (Date)

/s/ Laurie Dillon
_____
(Typed Name and Signature)

501 West Broadway, Suite 510
_____
(Address)

San Diego, CA  92101
_____
(City, State, ZIP Code)

CSD 1100

B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA SAN DIEGO DIVISION | Voluntary Petition Case #: 11-05973-11 |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **La Jolla UTC Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **20-3041975** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1010 Prospect Street Suite CT-100 La Jolla, CA**   ZIP CODE **92037** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: **San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 1300 La Jolla, CA**   ZIP CODE **92038** | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

*Corrected*

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** Chapter 11 Debtors
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,000 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,000 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.2.1, ID 0468851694)



Amended