Marjan Mortazavi, Esq. (# 189701)
Bankruptcy Legal Group
501 West Broadway, Suite 510
San Diego, CA 92101
Telephone: 619-233-4415
Facsimile: 619-233-4428
Email: attorneymarj@aol.com

Proposed General Counsel for
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case Number: 11-05973 |
| LA JOLLA UTC CORP., | Chapter 7 |
| Debtor. | EX PARTE APPLICATION FOR ORDER SETTING CLAIMS BAR DATE |

Debtor-In-Possession La Jolla UTC Corp. (the "Debtor") hereby submits the instant *Ex Parte* Application for an Order Setting Claims Bar Date, with reference to the following:

1. On April 11, 2011, the Debtor filed a voluntary Chapter 11 bankruptcy Petition under the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* In order to determine the number and amount of claims alleged against the Debtor, it is necessary for creditors and other parties in interest to submit their claims within a prescribed period of time.

Federal Rule of the Bankruptcy Procedure 3003 (c)(3) provides that the Court shall fix the time within which proofs of claim or interest may be filed. Fed. R. Bankr. P. 3003(c)(3). Local Bankruptcy Rule 3003-3 provides that creditors must be given not less than twenty-eight (28) days notice of the last date to file proofs of claim. Attached hereto as Exhibit "A" is a proposed "Notice of Deadline for Filing Proofs of Claim" with a proposed Claims Bar Date of June 25, 2011, to be served no less than 28 days prior to the claims bar date set by the Court.

/ / / /

1
2       WHEREFORE, the Debtor respectfully requests that the Court enter an Order setting the claims
3 bar date in this case, and approving the form of Notice set forth in Exhibit "A" hereto.
4                                   BANKRUPTCY LEGAL GROUP
5 Dated: 5/19/11                    By: /s/ Marjan Mortazavi
6                                       Marjan Mortazavi, Esq.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

```
Marjan Mortazavi, Esq. (# 189701)
Bankruptcy Legal Group
501 West Broadway, Suite 510
San Diego, CA  92101
Telephone: 619-233-4415
Facsimile:   619-233-4428
Email:  attorneymarj@aol.com

Proposed General Counsel for
Debtor-in-Possession
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 11-05973 |
| | ) | |
| LA JOLLA UTC CORP., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | NOTICE OF DEADLINE FOR FILING |
| | ) | PROOFS OF CLAIM |

PLEASE TAKE NOTICE OF THE FOLLOWING:

You are hereby notified that the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court") has set a deadline of June 25, 2011 (the "Claims Bar Date") to file Proofs of Claim against the estate of the Debtor, La Jolla UTC Corp. (the "Debtor"). Your claim must be filed with the Bankruptcy Court by that date. A Proof of Claim form is enclosed with this notice.

FAILURE TO TIMELY FILE A PROOF OF CLAIM, IF YOU ARE REQUIRED TO DO SO, MAY RESULT IN YOUR CLAIM BEING FOREVER BARRED AND/OR THE DEBTOR BEING DISCHARGED FROM LIABILITY FOR YOUR CLAIM, AND YOUR NOT BEING ALLOWED TO VOTE ON OR PARTICIPATE IN ANY PLAN OF REORGANIZATION OR RECEIVE ANY PAYMENT OR DISTRIBUTION. IF YOU ARE UNCERTAIN ABOUT YOUR CLAIM AND/OR WHETHER YOU SHOULD FILE A PROOF OF CLAIM, YOU SHOULD CONSULT WITH YOUR

1

OWN ATTORNEY. IT IS THE SOLE RESPONSIBILITY OF CREDITORS TO CORRECTLY FILL OUT THE PROOF OF CLAIM FORM.

If your claim or interest is listed on the Schedules of Assets and Liabilities of the Debtor (the "Schedules") and your claim or interest is not schedules as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the Schedules, and you are not required to file a Proof of Claim if you agree on that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc) is correct. You may still file a Proof of Claim if you choose, which will supercede any claim of yours that might be listed in the Schedules.

If your claim or interest is <u>not</u> listed on the Schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must file a Proof of Claim if you wish to preserve your rights. You are responsible for determining that your claim, including its amount, is accurately scheduled by the Debtor.

BANKRUPTCY LEGAL GROUP

Dated: _____  By: _____
Marjan Mortazavi, Esq.