**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Marjan Mortazavi, Esq. (# 189701)
Bankruptcy Legal Group
501 West Broadway, Suite 510
San Diego, CA  92101
Telephone:  619-233-4415
Facsimile:   619-233-4428
Email:  attorneymarj@aol.com

Order Entered on
May 20, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

LA JOLLA UTC CORP.,

Debtor.

BANKRUPTCY NO.  11-05973-PB11

Date of Hearing:  N/A
Time of Hearing:  N/A
Name of Judge:  Peter W. Bowie

# ORDER ON

# EXPARTE APPLICATION FOR SETTING CLAIMS BAR DATE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __33__

//
//
//
//
//
//

DATED:  May 19, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

BANKRUPTCY LEGAL GROUP
(Firm name)

By: /s/ Marjan Mortazavi
Attorney for  ☑ Movant  ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1001A

`CSD 1001A` [11/15/04] **(Page 2)**
ORDER ON  EXPARTE APPLICATION FOR SETTING CLAIMS BAR DATE
DEBTOR: LA JOLLA UTC CORP.,                                   CASE NO: 11-05973-PB11

---

Having reviewed the Ex Parte Application of the Debtor, La Jolla UTC Corp., (the "Debtor") for an Order Setting a Claims Bar Date in the above-captioned case (the "Application"), and good cause appearing therefor.

IT IS HEREBY ORDERED THAT:

1. The Application is granted, and a general claims bar date of June 25, 2011 (the "Claims Bar Date") is hereby fixed for filing Proofs of Claim in the above-captioned case.

2. The Court approves the proposed "Notice of Deadline for Filing Proofs of Claim" attached as Exhibit A to the Application, which notice shall be provided to creditors at least 28 days before the Claims Bar Date.

`CSD 1001A`

*Signed by Judge Peter W. Bowie May 19, 2011*